# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| United States of America <br> v. <br> Darrell Tamar Wright | Case No: 4:06-cr-00207-TLW-3 <br> USM No: 26310-018 |
| Date of Original Judgment: 06/17/2009 <br> Date of Previous Amended Judgment: 02/13/2017 <br> *(Use Date of Last Amended Judgment if Any)* | Michael A. Meetze <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.** ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

This case does not qualify because the Chapter Four enhancements override Chapter Two.

Defendant is a career offender.

Except as otherwise provided, all provisions of the judgment dated 02/13/2017 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 05/22/2017     s/ Terry L. Wooten
*Judge's signature*

Effective Date:     Terry L. Wooten, Chief United States District Judge
*(if different from order date)*     *Printed name and title*